QUIN DENVIR, Bar #49374
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARCOS LESMON BENAVIDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-04-315-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND REQUEST FOR |
| | ) | CONTINUANCE AND FINDING OF |
| v. | ) | EXCLUDABLE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT AND LOCAL |
| MARCOS LESMON BENAVIDEZ, | ) | CODES T4 and T2; ORDER |
| | ) | EXCLUDING TIME |
| Defendant. | ) | |
| | ) | Date:  November 23 2005 |
| _____ | ) | Time:  9:00 a.m. |
| | | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States
of America through DANIEL LINHARDT, Supervising Assistant U.S.
Attorney, and defendant, MARCOS LESMON BENAVIDEZ, by and though his
counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that
the status conference hearing set for October 12, 2005 be vacated and
reset for November 23, 2005 at 9:00 a.m.

This continuance is requested because counsel needs time to
review and analyze discovery received from the government, and to
discuss it with Mr. Benavidez.  Defense counsel has received over 3000
pages of claim documents from the government, which need to be
discussed with Mr. Benavidez.  Defense counsel has also received four

1   audiotapes in Spanish.  The defendant has requested additional

2   investigative documents, including reports, copies of any witness

3   interviews, and additional information from the investigating agent.

4          Both parties believe that based on the documents produced to

5   date, and the outstanding documents sought by the defense, this case is

6   complex under the standard set forth in Local Code T2 and Title 18

7   U.S.C. § 3161(h)(8)(B)(ii).  The Court has previously found that it is

8   complex.  The parties ask that time to be excluded on that basis and

9   for preparation of new defense counsel (Local Code T4).

10

11         All parties desire that a status conference be set on November

12  23, 2005.  The parties further stipulate and agree that time from the

13  date of the order below until November 23, 2005, be excluded under the

14  Speedy Trial Act pursuant to Local Codes T2 and T4, Title 18, U.S.C.

15  §§ 3161(h)(8)(B)(ii) and (iv), because the case is complex and to give

16  defense counsel reasonable time to prepare, conduct investigation,

17  and discuss the case with Mr. Benavidez and the government.

18  Dated: October 4, 2005                  Respectfully submitted,

19

20                                          QUIN DENVIR
                                            Federal Public Defender

21
                                            By /s/ Dennis S. Waks
22                                          DENNIS S. WAKS
                                            Sup. Assistant Federal Defender
23                                          Attorney for Defendant
                                            MARCOS LESMON BENAVIDEZ
24

25  Dated: October 4, 2005                  MCGREGOR SCOTT
                                            United States Attorney
26
                                            /s/ Dennis S. Waks for
27                                          DANIEL LINHARDT
                                            Sup. Assistant U.S. Attorney
28                                          Attorney for Plaintiff

/ / /

Benavidez stipulation                       **2**

**ORDER**

**IT IS SO ORDERED.**  The Court makes a finding of excludable time as set forth in the attached stipulation.  The time between the date of this order through November 23, 2005, will be excluded under the Speedy Trial Act pursuant to Local Codes T2 and T4, Title 18, U.S.C. §§ 3161(h)(8)(B)(ii) and (iv).  The Court specifically finds that the case is complex as provided in 18 U.S.C. § 3161(h)(8)(B)(ii).  The court also specifically finds that a continuance is necessary to give counsel for the defendant reasonable time to prepare in this matter. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 6, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE